UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLI BADE,

        Plaintiff,                          No. 07-CV-10670-DT

vs.                                                Hon. Gerald E. Rosen

MARTIN H. SAVITZ, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DENYING PLAINTIFF'S EMERGENCY
MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY
INJUNCTION AND FOR APPOINTMENT OF RECEIVER

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on          August 11, 2009

        PRESENT:  Honorable Gerald E. Rosen
                                     Chief Judge, United States District Court

        This matter having come before the Court on the June 22, 2009 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub, recommending that the Court deny Plaintiff's "Emergency Motion for Temporary Restraining Order, Preliminary Injunction and for Appointment of Receiver"; and no timely objections having been filed; and having reviewed and considered the Magistrate's Report and Recommendation and the Court's file of this matter, the Court agrees with the Magistrate Judge's conclusions and recommendation.  Therefore,

        IT IS HEREBY ORDERED that the Magistrate Judge's Report and

Recommendation of June 22, 2009 **[Dkt. # 48]** is adopted by the Court.

IT IS FURTHER ORDERED that, for the reasons stated in the Report and Recommendation, Plaintiff's Emergency Motion for Temporary Restraining Order, Preliminary Injunction and for Appointment of a Receiver **[Dkt. # 34]** is DENIED.

                                            s/Gerald E. Rosen
                                            Chief Judge, United States District Court

Dated:  August 11, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on     August 11, 2009     , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:                         James L. Elsman                                    , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:
         Alli Bade, 485 Allard; Grosse Pointe Woods, MI 48236          .

                                            s/Ruth A. Brissaud
                                            Ruth A. Brissaud, Case Manager
                                            (313) 234-5137